**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ivey WALKER, Defendant—Appellant.**

No. 05–7796.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 16, 2006.

Decided: Feb. 22, 2006.

---

Ivey Walker, Appellant Pro Se. Brian Lee Whisler, Assistant United States Attorney, Richmond, Virginia; Gretchen C.F. Shappert, United States Attorney, David Alan Brown, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Ivey Walker seeks to appeal the district court's order dismissing two of the claims raised in his 28 U.S.C. § 2255 (2000) motion and ordering the Government to respond to his remaining claims. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Walker seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. Given this disposition, we deny his pending motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*